STATE OF NEW JERSEY v. LAURA WYMAN.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GRANT.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EMMETT GRIFFIN.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND GONZALEZ VELEZ.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROGERS KELLY.

March 25, 1986.

Petition for certification denied.   (See 204 *N.J.Super.* 283)